IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE C. MASSON,<br><br>         Plaintiff,<br><br>    v.<br><br>SELENE FINANCE LP, et al.,<br><br>         Defendants. | Case No. 12-05335 SC<br><br>ORDER TO SHOW CAUSE |

   Now pending before the Court is Defendants' motion to dismiss for failure to state a claim. ECF No. 32 ("Mot."). The Motion was filed on March 14, 2013, and thus, according to the local rules, Plaintiff's response was due by March 28, 2013. See Civ. L.R. 7-3(a). It appears that Defendants mistakenly referenced an outdated version of the local rules and set the response deadline as April 19, 2013 through the Court's electronic filing system. In any event, both deadlines have come and gone and Plaintiff has yet to file an opposition. Accordingly, the Court hereby ORDERS Plaintiff to show cause why her action should not be dismissed for failure to prosecute. Plaintiff shall file a brief on this issue within seven (7) days of the signature date of this Order. A hearing on this matter is set for 10:00 a.m. on May 10, 2013, in Courtroom 1, 450

1  Golden Gate Avenue, San Francisco, California.  Plaintiff's failure
2  to show cause on this issue may result in dismissal of this action.
3
4       IT IS SO ORDERED.
5
6       Dated:  April 24, 2013                  _____
7                                               UNITED STATES DISTRICT JUDGE