IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE C. MASSON, | ) Case No. 12-05335 SC |
| Plaintiff, | ) ORDER DISMISSING CASE |
| v. | ) |
| SELENE FINANCE LP, et al., | ) |
| Defendants. | ) |

Defendants filed a motion to dismiss on March 14, 2013, setting a response deadline of April 19, 2013.[1] ECF No. 32. Plaintiff did not file an opposition. On April 24, 2013, the Court issued an Order to Show Cause why this case should not be dismissed. ECF No. 34. Plaintiff responded to the Order to Show Cause on May 1, 2013, indicating that she intended to file her opposition to the motion to dismiss no later than May 6, 2013. As of the date of this Order, Plaintiff has failed to file an opposition. Accordingly, Defendants' motion to dismiss is GRANTED and this case is DISMISSED.

IT IS SO ORDERED.

Dated: May 13, 2013

UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Civil Local Rule 7-3(a), the response deadline should have been March 28, 2013.