IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THERESE C. MASSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SELENE FINANCE LP, et al.,<br><br>　　　　Defendants. | Case No. 12-05335 SC<br><br>ORDER RE: MOTION TO EXPUNGE <u>LIS PENDENS</u> |

　　The Court dismissed the above-caption action on May 13, 2013, after Plaintiff failed to file an opposition to Defendants' motion to dismiss. ECF No. 38. Plaintiff subsequently appealed. ECF No. 40. Now before the Court is Defendants' motion to expunge lis pendens, which was filed on July 2, 2013. ECF No. 45 ("Mot."). Plaintiff has once again failed to file an opposition. Pursuant to Civil Local Rule 7-3(a), Plaintiff's response should have been filed over two weeks ago. The Court hereby ORDERS Plaintiff to file her response by Monday, August 5, 2013. If Plaintiff elects to file a response, Defendants shall have seven days to file a reply brief, <u>see</u> Civ. L.R. 7-3(c), and the matter shall be

///

///

submitted on the papers.  If Plaintiff declines to file a response, the Court will grant Defendants' Motion.[1]

IT IS SO ORDERED.

Dated: August 1, 2013

                                                UNITED STATES DISTRICT JUDGE

---

[1] A district court generally loses jurisdiction to rule on matters before an appellate court.  However, the issue of expunging a lis pendens is a collateral issue and, therefore, generally does not fall within this limitation on jurisdiction.  See In re Weston, 110 B.R. 452, 459 (E.D. Cal. 1989) aff'd, 967 F.2d 596 (9th Cir. 1992).